544

358 A.2d 67
Commonwealth v. Wilson, Appellant.

Submitted April 15, 1976.
Joel S. Perr, and Perr, Ziegler & Ombres, for appellant; Robert L. Eberhardt, Assistant District Attorney, Chris G. Copetas, Deputy Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 66
Commonwealth v. Zinn, Appellant.

Argued April 13, 1976. Lee C. McCandless, with him McCandless, Krizner & Kemper, for appellant; Robert F. Hawk, First Assistant District Attorney, with him John H. Brydon, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.